# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:  § <br> § <br> CORNSTUBBLE, LESTER EUGENE, SR. § <br> CORNSTUBBLE, TERRY DEE     § <br> § <br> Debtor(s)                § | Case No. 09-01796 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012                          By: /s/ Bradley J. Waller
                                                                    Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CORNSTUBBLE, LESTER EUGENE, SR. | § | Case No. 09-01796 |
| CORNSTUBBLE, TERRY DEE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,000.25 |
| and approved disbursements of | $ | 52,402.26 |
| leaving a balance on hand of[1] | $ | 47,597.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 7,347.51 | $ 0.00 | $ 7,347.51 |
| Trustee Expenses: BRADLEY J. WALLER | $ 110.50 | $ 0.00 | $ 110.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,458.01 |
| Remaining Balance | | $ | 40,139.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,025.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 160.70 | $ 0.00 | $ 97.70 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 473.12 | $ 0.00 | $ 287.63 |
| 6 | STATE FARM MUTUAL AUTO INS | $ 65,392.09 | $ 0.00 | $ 39,754.65 |
| | Total to be paid to timely general unsecured creditors | | $ | 40,139.98 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kscott              Page 1 of 1              Date Rcvd: Mar 09, 2009
Case: 09-01796                Form ID: ntcftfc7         Total Served: 22
```

The following entities were served by first class mail on Mar 11, 2009.
```
db/jdb        +Lester Eugene Cornstubble, Sr.,   Terry Dee Cornstubble,   1802 Dallas Place,
               Joliet, IL 60433-3136
13075425      +Amerimark Direct, LLC.,    Attn: Bankruptcy Dept.,   PO Box 2470,   La Grange, IL 60525-8570
13075410      +Citifinancial,    Attn: Bankruptcy Dept.,   Po Box 499,   Hanover, MD 21076-0499
13075421       Midnight Velvet,    Attn: Bankruptcy Dept.,   1112 7th Ave.,   Monroe, WI 53566-1364
13075428      +MiraMed Revenue Group,    Bankruptcy Department,   PO Box 536,   Linden, MI 48451-0536
13075420      +Montgomery Wards,    Bankruptcy Department,   1112 7th Ave.,   Monroe, WI 53566-1364
13075415      +NCO Financial Systems,    Bankruptcy Department,   PO Box 15456,   Wilmington, DE 19850-5456
13075424      +North Shore Agency,    Bankruptcy Department,   PO Box 8901,   Westbury, NY 11590-8901
13075427      +Provena,   Bankruptcy Department,    75 Remittance Drive,   Suite 1366,   Chicago, IL 60675-1366
13075423      +Publisher's Clearing House,    Attn: Bankruptcy Dept.,   382 Channel Dr.,
               Port Washington, NY 11050-2297
13075429       Revenue Cycle Partners,    Bankruptcy Department,   PO Box 536,   North Liberty, IA 52317
13075417      +Seventh Avenue,    Attn: Bankruptcy Dept.,   1112 7Th Ave,   Monroe, WI 53566-1364
13075414      +Swiss Colony Inc.,    Attn: Bankruptcy Dept.,   1112 7Th Ave,   Monroe, WI 53566-1364
13075416      +Through The Country Do,    Attn: Bankruptcy Dept.,   1112 7Th Ave,   Monroe, WI 53566-1364
13075408      +Wells Fargo Finance,    Attn: Bankruptcy Dept.,   852 Sharp Ave Unit P,   Shorewood, IL 60404-8841
13075411      +Wells Fargo Finance Bank,    Attn: Bankruptcy Dept.,   3201 N 4Th Ave,
               Sioux Falls, SD 57104-0700
13075413      +Wells Fargo/King Sizes,    Attn: Bankruptcy Dept.,   4590 E Broad St,   Columbus, OH 43213-1301
```
The following entities were served by electronic transmission on Mar 10, 2009.
```
13075422      +E-mail/Text: roseb257@yahoo.com                            Account Control Systems, Inc.,
               Bankruptcy Department,   148 Veterans Dr. Ste. D,   Northvale, NJ 07647-2311
13075409      +Fax: 815-744-1905 Mar 09 2009 23:47:28      American General Finance,   Attn: Bankruptcy Dept.,
               2149 W Jefferson St,   Joliet, IL 60435-6621
13075419      +EDI: CAPITALONE.COM Mar 09 2009 20:33:00      Capital One,   Attn: Bankruptcy Dept.,
               Po Box 85520,   Richmond, VA 23285-5520
13075407      +EDI: CHRYSLER.COM Mar 09 2009 20:33:00      Chrysler Financial,   Attn: Bankruptcy Dept.,
               5225 Crooks Rd Ste 140,   Troy, MI 48098-2823
13075418      +EDI: RCSFNBMARIN.COM Mar 09 2009 20:33:00      Credit One Bank,   Attn: Bankruptcy Dept.,
               Po Box 98875,   Las Vegas, NV 89193-8875
13075411      +EDI: WFFC.COM Mar 09 2009 20:33:00      Wells Fargo Finance Bank,   Attn: Bankruptcy Dept.,
               3201 N 4Th Ave,   Sioux Falls, SD 57104-0700
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13075426*     +NCO Financial Systems,    Bankruptcy Department,   PO Box 15456,   Wilmington, DE 19850-5456
13075412*     +Wells Fargo Finance Bank,    Attn: Bankruptcy Dept.,   3201 N 4Th Ave,
               Sioux Falls, SD 57104-0700
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2009                    Signature:    *Joseph Speetjens* (signature)

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 09-01796-BWB
Lester Eugene Cornstubble                                       Chapter 7
Terry Dee Cornstubble
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: dpruitt               Page 1 of 3                   Date Rcvd: Mar 19, 2012
                               Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2012.
db         +Lester Eugene Cornstubble, Sr.,    1802 Dallas Place,    Joliet, IL 60433-3136
jdb       #+Terry Dee Cornstubble,    1802 Dallas Place,    Joliet, IL 60433-3136
aty        +Christine A Downs,    COLLISON & O'CONNOR LTD,    19 S Lasalle St,    15th Floor,
             Chicago, IL 60603-1413
13075425   +Amerimark Direct, LLC.,    Attn: Bankruptcy Dept.,    PO Box 2470,    La Grange, IL 60525-8570
13075419  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
13075407  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    Attn: Bankruptcy Dept.,    5225 Crooks Rd Ste 140,
             Troy, MI 48098)
14699520    CitiFinancial Services Inc.,    P.O. Box 140489,    Irving, TX 75014-0489
13075418   +Credit One Bank,    Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
13075421    Midnight Velvet,    Attn: Bankruptcy Dept.,    1112 7th Ave.,    Monroe, WI 53566-1364
13075420   +Montgomery Wards,    Bankruptcy Department,    1112 7th Ave.,    Monroe, WI 53566-1364
13075415   +NCO Financial Systems,    Bankruptcy Department,    PO Box 15456,    Wilmington, DE 19850-5456
13075424    North Shore Agency,    Bankruptcy Department,    PO Box 8901,    Westbury, NY 11590
13075427   +Provena,    Bankruptcy Department,    75 Remittance Drive,    Suite 1366,    Chicago, IL 60675-1366
13075429    Revenue Cycle Partners,    Bankruptcy Department,    PO Box 536,    North Liberty, IA 52317
17756229   +STATE FARM,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 2350,    BLOOMINGTON IL 61702-2350
18076878   +STATE FARM MUTUAL AUTO INS,    LAW OFFICES OF JAMES M ODEA,    10707 W 159TH ST,
             ORLAND PARK IL 60467-4531
13075417   +Seventh Avenue,    Attn: Bankruptcy Dept.,    1112 7Th Ave,    Monroe, WI 53566-1364
13075414   +Swiss Colony Inc.,    Attn: Bankruptcy Dept.,    1112 7Th Ave,    Monroe, WI 53566-1364
13075416   +Through The Country Do,    Attn: Bankruptcy Dept.,    1112 7Th Ave,    Monroe, WI 53566-1364
14253404   +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale, IA 50323-2310
13075411   +Wells Fargo Finance Bank,    Attn: Bankruptcy Dept.,    3201 N 4Th Ave,
             Sioux Falls, SD 57104-0700
13075413   +Wells Fargo/King Sizes,    Attn: Bankruptcy Dept.,    4590 E Broad St,    Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13075422   +E-mail/Text: roseb257@yahoo.com Mar 20 2012 02:12:06     Account Control Systems, Inc.,
             Bankruptcy Department,    148 Veterans Dr. Ste. D,    Northvale, NJ 07647-2312
13075428   +E-mail/Text: mmrgbk@miramedrg.com Mar 20 2012 03:15:28     MiraMed Revenue Group,
             Bankruptcy Department,    PO Box 536,   Linden, MI 48451-0536
13961413   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 20 2012 01:55:49
             PYOD LLC its successors and assigns as assignee of,   MHC Receivables, LLC,
             c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13075423   +E-mail/Text: bankruptcynotices@pch.com Mar 20 2012 02:30:53     Publisher's Clearing House,
             Attn: Bankruptcy Dept.,    382 Channel Dr.,   Port Washington, NY 11050-2297
13865699    E-mail/Text: resurgentbknotifications@resurgent.com Mar 20 2012 01:55:50     Roundup Funding, LLC,
             MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13075409    E-mail/PDF: cbp@slfs.com Mar 20 2012 02:25:06     American General Finance,
             Attn: Bankruptcy Dept.,    2149 W Jefferson St,    Joliet, IL 60435
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13075426*   +NCO Financial Systems,    Bankruptcy Department,   PO Box 15456,    Wilmington, DE 19850-5456
13075412*   +Wells Fargo Finance Bank,    Attn: Bankruptcy Dept.,   3201 N 4Th Ave,
             Sioux Falls, SD 57104-0700
13075410  ##+Citifinancial,    Attn: Bankruptcy Dept.,   Po Box 499,    Hanover, MD 21076-0499
13075408  ##+Wells Fargo Finance,    Attn: Bankruptcy Dept.,   852 Sharp Ave Unit P,    Shorewood, IL 60404-8841
                                                                                     TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dpruitt             Page 2 of 3            Date Rcvd: Mar 19, 2012
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2012**              **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: dpruitt              Page 3 of 3                   Date Rcvd: Mar 19, 2012
                              Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2012 at the address(es) listed below:

```
          Allison E Walsh    on behalf of Creditor  Wells Fargo Financial Illinois, Inc
           aew@brookslawfirmpc.com
          Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
          Justin R Storer    on behalf of Debtor Lester Cornstubble ndil@geracilaw.com
          Mario M Arreola    on behalf of Trustee Bradley Waller ndil@geracilaw.com
          Nathan E Curtis    on behalf of Debtor Lester Cornstubble ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```