# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORNSTUBBLE, LESTER EUGENE, SR. | § | Case No. 09-01796 |
| CORNSTUBBLE, TERRY DEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Terry Dee Cornstubble |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| Christine A. Downs, Collison & O'Co | | | | | |
| Christine A Downs, Collison & O'Con | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 1 | ROUNDUP FUNDING, LLC | | | | | |
| 6 | STATE FARM MUTUAL AUTO INS | | | | | |
| 5 | CITIFINANCIAL SERVICES INC. | | | | | |
| 3 | WELLS FARGO BANK, N.A. | | | | | |
| 4 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

Case No:         09-01796      BB    Judge: BRUCE W. BLACK

Case Name:     CORNSTUBBLE, LESTER EUGENE, SR.

CORNSTUBBLE, TERRY DEE

For Period Ending:  05/09/12

Trustee Name:            BRADLEY J. WALLER

Date Filed (f) or Converted (c):  01/22/09 (f)

341(a) Meeting Date:    02/19/09

Claims Bar Date:          06/08/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. primary residence) | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account with First American 04. Househo | 0.00 | 0.00 | | 0.00 | FA |
| 3. Personal Injury Case (u) | 0.00 | 0.00 | | 100,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $110,000.00                      $0.00                                      $100,000.25                      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 03/31/12

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-01796  -BB | |
| Case Name: | CORNSTUBBLE, LESTER EUGENE, SR. | |
| | CORNSTUBBLE, TERRY DEE | |
| Taxpayer ID No: | *******7903 | |
| For Period Ending: | 05/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******7365  Money Market Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/11 | 3 | Illinois Farmers Insurance Company 2500 South Fifth Avenue Pocatello, ID  83204 | per court order of November 4, 2011 DEPOSIT CHECK #1686658410 | 1242-000 | 100,000.00 | | 100,000.00 |
| 12/07/11 | 001001 | Christine A. Downs, Collison & O'Connor & 19 S. LaSalle Street, 15th Floor Chicago, IL  60603 | Per court order of November 4, 2011 | 3210-600 | | 33,333.33 | 66,666.67 |
| 12/07/11 | 001002 | Christine A Downs, Collison & O'Connor & Mario Arreola Geraci Arreola & Hernandez 19 S. LaSalle Street Chicago, IL  60603 | Per court order of November 4, 2011 | 3220-610 | | 1,018.93 | 65,647.74 |
| 12/07/11 | 001003 | Terry Dee Cornstubble 1802 Dallas Place Joliet, IL  60433 | Per court order of November 4, 2011 | 8100-002 | | 18,050.00 | 47,597.74 |
| 12/16/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.25 | | 47,597.99 |
| 12/16/11 | | To Acct #*******7366 | | 9999-000 | | 47,597.99 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 100,000.25 | 100,000.25 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 47,597.99 | |
| Subtotal | 100,000.25 | 52,402.26 | |
| Less:  Payments to Debtors | | 18,050.00 | |
| Net | 100,000.25 | 34,352.26 | |

| | | |
|---|---|---|
| Page Subtotals | 100,000.25 | 100,000.25 |

Ver: 16.06a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-01796  -BB |
| Case Name: | CORNSTUBBLE, LESTER EUGENE, SR. |
| | CORNSTUBBLE, TERRY DEE |
| Taxpayer ID No: | *******7903 |
| For Period Ending: | 05/09/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7366  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/11 | | From Acct #*******7365 | | 9999-000 | 47,597.99 | | 47,597.99 |
| 01/26/12 | | Transfer to Acct #*******3002 | Bank Funds Transfer | 9999-000 | | 47,597.99 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 47,597.99 | 47,597.99 | 0.00 |
| Less:  Bank Transfers/CD's | 47,597.99 | 47,597.99 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

|  | | |
|---|---|---|
| Page Subtotals | 47,597.99 | 47,597.99 |

Ver: 16.06a

Page:    3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-01796  -BB | |
| Case Name: | CORNSTUBBLE, LESTER EUGENE, SR. | |
| | CORNSTUBBLE, TERRY DEE | |
| Taxpayer ID No: | *******7903 | |
| For Period Ending: | 05/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3002  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7366 | Bank Funds Transfer | 9999-000 | 47,597.99 | | 47,597.99 |
| 04/20/12 | 001001 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Trustee Expenses | 2200-000 | | 110.50 | 47,487.49 |
| 04/20/12 | 001002 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Trustee Compensation | 2100-000 | | 7,347.51 | 40,139.98 |
| 04/20/12 | 001003 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA  98111-9221 | Claim 1, Payment 60.79652% | 7100-000 | | 97.70 | 40,042.28 |
| 04/20/12 | 001004 | PYOD LLC its successors and assigns as assignee of<br>MHC Receivables, LLC,c/o Resurgent<br>Capital Services,PO Box 19008<br>Greenville, SC  29602 | Claim 2, Payment 60.79430% | 7100-000 | | 287.63 | 39,754.65 |
| 04/20/12 | 001005 | STATE FARM MUTUAL AUTO INS<br>LAW OFFICES OF JAMES M ODEA<br>10707 W 159TH ST<br>ORLAND PARK, IL  60467 | Claim 6, Payment 60.79428% | 7100-000 | | 39,754.65 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 47,597.99 | 47,597.99 |

Ver: 16.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 09-01796  -BB |
| Case Name: | CORNSTUBBLE, LESTER EUGENE, SR. |
| | CORNSTUBBLE, TERRY DEE |
| Taxpayer ID No: | *******7903 |
| For Period Ending: | 05/09/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3002  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 47,597.99 | 47,597.99 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 47,597.99 | 0.00 | |
| | | | Subtotal | | 0.00 | 47,597.99 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 47,597.99 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7365 | 100,000.25 | 34,352.26 | 0.00 |
| Checking Account - *******7366 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******3002 | 0.00 | 47,597.99 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,000.25 | 81,950.25 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00